**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams |
| | : | |
| v. | : | Mag. No. 26-15216 |
| | : | |
| MERCEDES ALEXANDRA CARDOSO | : | **CRIMINAL COMPLAINT** |

I, Mark Brzyzek, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached page and made a part hereof.

/s/Mark Brzyzek________
Mark Brzyzek
Special Agent
Federal Bureau of Investigation

*Agent Brzyzek attested to this Complaint by telephone pursuant to FRCP 4.1(b)(2)(A).

Sworn to and subscribed
this __2nd__ day of September, 2026
at 5:46 p.m.

NEWARK, NEW JERSEY
County and State

HONORABLE STACEY D. ADAMS
UNITED STATES MAGISTRATE JUDGE

/S/STACEY D. ADAMS
Signature of Judicial Officer

**ATTACHMENT A**

**COUNT 1**

**(Voting by an Alien in a Federal Election)**

On or about June 4, 2024, in Union County, in the District of New Jersey and elsewhere, the defendant,

**MERCEDES ALEXANDRA CARDOSO**,

an alien, knowing that she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

**ATTACHMENT B**

I, Mark Brzyzek, a Special Agent with the Federal Bureau of Investigation ("FBI"), having personally participated in an investigation of the conduct of defendant MERCEDES ALEXANDRA CARDOSO ("CARDOSO"), and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint:

a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of New Jersey, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States citizen.

e. Upon successfully registering to vote in New Jersey, an applicant was authorized to vote in New Jersey State

and local elections, as well as in federal elections.

f. CARDOSO was a lawful permanent resident living in Union County, New Jersey having entered the United States via a B-2 visa in approximately 2018 after emigrating from her country of birth, Ecuador.

2. On or about November 7, 2023, CARDOSO registered to vote in New Jersey by submitting her voter registration application online via the New Jersey Division of Elections Online Voter Registration System. In doing so, CARDOSO certified and attested that she was a United States citizen.

3. Based on the information that CARDOSO provided in her application, including her false statement that she was a United States citizen, CARDOSO's application to register to vote was accepted, and she was successfully registered to vote in the State of New Jersey.

4. After she was successfully registered to vote, CARDOSO voted in-person in the primary election held on June 4, 2024. The June 2024 primary election included the election for the offices of President and Vice President of the United States.

5. At the time that she cast her ballot on or about June 4, 2024, CARDOSO was not a United States citizen and was therefore not authorized to vote in the June 4, 2024 election.